UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL BLANCHETTE
    *Plaintiff,*

v.                                  C.A. No. 1:20-cv-00231-WES-PAS

THE TOWN OF NARRAGANSETT,
*By and through its Treasurer,* CHRISTINE
SPAGNOLI,
CHIEF SEAN CORRIGAN, *in his individual
And Official Capacities;* OFFICER KYLE
ROONEY, *in his individual and official
Capacities;* SUPERINTENDENT
PETER CUMMINGS, *in his individual and
Official capacities; and* PRINCIPAL DANIEL
WARNER, *in his individual and official
Capacities;*
THE NARRAGANSETT SCHOOL
SYSTEM, *by and through its*
SUPERINTENDENT PETER
CUMMINGS;
THE NARRAGANSETT SCHOOL
COMMITTEE; TAMMY MCNIECE,
DIANE S. NOBLES, REBECCA H.
DURKIN, JUSTIN SKENYON,
And FRANK M. WHITE, *in their
individual and official capacities as
Members of* THE NARRAGANSETT
SCHOOL COMMITTEE
    *Defendants.*

## DISMISSAL STIPULATION

Now come the Parties and hereby agree that the cause of action brought by the Plaintiff, Michael Blanchette, against Defendants the Town of Narragansett, by and through its Treasurer, Christine Spagnoli, Chief Sean Corrigan, in his individual and official capacities, Officer Kyle Rooney, in his individual and official capacities, Superintendent Peter Cummings, in his individual and official capacities, and Principal Daniel Warner, in his individual and official capacities, Narragansett School System, the Narragansett School Committee, Tammy McNeiece, Diane S.

Nobles, Rebecca H. Durkin, Justin Skenyon, and Frank M. White, in their individual and official capacities as members of the Narragansett School Committee is hereby dismissed with prejudice, with no interest or costs to any party.

| | |
|---|---|
| Plaintiff,<br>By his Attorney, | Defendants,<br>By its Attorneys, |
| /s/<br>Amato A DeLuca, Esq. (#0531)<br>Cooperating Attorney, ACLU<br>Foundation of Rhode Island<br>199 North Main Street,<br>Providence, RI 02903<br>(401) 453-1500<br>bud@delucaandassociates.com | /s/ Marc DeSisto<br>Marc DeSisto, Esq. (#2757)<br>/s/ Caroline V. Murphy<br>Caroline V. Murphy, Esq. (#9735)<br>DeSisto Law LLC<br>60 Ship Street<br>Providence, RI 02903<br>(401)272-4442<br>marc@desistolaw.com<br>caroline@desistolaw.com |

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed and served with the Court on this day of April 1st 2023 and is available for viewing and downloading from the ECF system. Service on the counsel of record, as listed below, will be effectuated by electronic means:

Amato A. DeLuca, Esq. (#0531)
bud@delucaandassociates.com

/s/ Caroline V. Murphy